**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF RHODE ISLAND

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | DBIP, Inc. (dba"Doherty's Ale House") |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-2415891 |
| 4. | Debtor's address | **Principal place of business**<br><br>1901 Post Road<br>Warwick, RI 02886<br>Number, Street, City, State & ZIP Code<br><br>Kent<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   DBIP, Inc. (dba "Doherty's Ale House")                                Case number (if known) _____
         Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ☒ No.   ☐ Yes.
   If more than 2 cases, attach a separate list.
   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**   ☒ No   ☐ Yes.
    List all cases. If more than 1, attach a separate list
    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Debtor    DBIP, Inc. (dba"Doherty's Ale House")        Case number (if known) _____
         Name

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                      Number, Street, City, State & ZIP Code

Is the property insured?

☐ No
☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

10/31/16 3:34PM

Debtor  DBIP, Inc. (dba"Doherty's Ale House")        Case number (if known) _____
          Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 31, 2016
               MM / DD / YYYY

X _____          John H. Doherty
Signature of authorized representative of debtor      Printed name

Title   Vice-President


**18. Signature of attorney**   X _____         Date   October 31, 2016
                                 Signature of attorney for debtor                 MM / DD / YYYY

Alden C. Harrington
Printed name

Richardson Harrington & Furness
Firm name

182 Waterman Street
Providence, RI 02906
Number, Street, City, State & ZIP Code

Contact phone   401-273-9600          Email address  _____

1028 Rhode Island
Bar number and State

**Fill in this information to identify the case:**

Debtor name     DBIP, Inc. (dba"Doherty's Ale House")

United States Bankruptcy Court for the:   DISTRICT OF RHODE ISLAND

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 31, 2016        X /s/ John H. Doherty
                                          Signature of individual signing on behalf of debtor

                                          John H. Doherty
                                          Printed name

                                          Vice-President
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: DBIP, Inc. (dba "Doherty's Ale House")
United States Bankruptcy Court for the: DISTRICT OF RHODE ISLAND
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bevinco<br>87 Gosset's Turn Drive<br>Middletown, RI 02842 | | | | | | $4,830.00 |
| City Of Warwick Tax Collector<br>PO Box 981027<br>Boston, MA 02298-1027 | | | | | | $4,230.10 |
| City Of Warwick Tax Collector<br>PO Box 981027<br>Boston, MA 02298-1027 | | | | | | $3,140.62 |
| Craft Beer<br>20 Avery Road<br>Cranston, RI 02910 | | | | | | $5,152.90 |
| Dubuisso'N Landscaping (Jeff)<br>PO Box 335509<br>Providence, RI 02909 | | | | | | $4,030.00 |
| Ecolab<br>PO Box 32027<br>New York, NY 10087 | | | | | | $2,429.07 |
| General Kitchen Services<br>PO Box 3859<br>Pawtucket, RI 02861 | | | | | | $3,098.30 |
| Goulin Trucking Co<br>PO Box 9074<br>Warwick, RI 02889 | | | | | | $2,600.00 |

Debtor **DBIP, Inc. (dba"Doherty's Ale House")**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Horizon Beverage Company<br>121 Hopkins Hill Road<br>West Greenwich, RI 02817 | | | | | | $14,014.68 |
| JMR<br>106 Finnell Dr #13<br>Weymouth, MA 02188 | | | | | | $4,675.00 |
| Liberty Mutual Insurance<br>PO Box 2051<br>Keene, NH 03431 | | | | | | $2,180.52 |
| McLaughlin & Moran<br>PO Box 20217<br>Cranston, RI 02920 | | | | | | $18,810.55 |
| National Grid<br>Attn: Legal Department<br>PO Box 11739<br>Newark, NJ 07101-4739 | | | | | | $14,383.00 |
| Olga's Cup - Saucer<br>103 Point St<br>Providence, RI 02903 | | | | | | $3,389.89 |
| Performance PFG<br>P.O. Box 3024<br>Springfield, MA 01101 | | | | | | $181,443.55 |
| Providence Beverage<br>PO Box 1437<br>Coventry, RI 02816 | | | | | | $5,723.60 |
| Rhode Island Division Of Taxat<br>Attn: Bankruptcy Unit<br>One Capitol Hill<br>Providence, RI 02908 | | Sales meals and beverage tax | | | | $98,677.92 |
| Saleeba's Refrigeration<br>195 Anthony Street<br>Seekonk, MA 02771 | | | | | | $2,470.49 |
| Springdale Enterprises<br>110 Post Road<br>Darien, CT 06820 | | | | | | $98,000.00 |

| Debtor | DBIP, Inc. (dba"Doherty's Ale House") | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Tapped Restaurant Consultants<br>PO Box 999<br>North Kingstown, RI 02852 | | | | | | $13,737.64 |

## United States Bankruptcy Court
District of Rhode Island

In re   DBIP, Inc. (dba"Doherty's Ale House")      Case No. _____

Debtor(s)      Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Vice-President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    October 31, 2016              _/s/ John H. Doherty_
                                           John H. Doherty/Vice-President
                                           Signer/Title

AAA Fire Alarm & Safety
235 Macklin Street
Cranston RI 02920


Alert Fire Protection
40 Starline Way Unit 1
Cranston RI 02920


All American Foods
1 All American Way
North Kingstown RI 02852


Atlantic Importing
15 Centre of New England Blvd
Coventry RI 02816


Baker Commodities
PO Box 132, North
North Billerica MA 01862


Bevinco
87 Gosset's Turn Drive
Middletown RI 02842


Bonollo Provisions
55 Clarkson Street
Providence RI 02908


Charlie Miller
130 Pilgrim Pkwy, Unit 5
Warwick, RI 02888

City Of Warwick
Tax Collector
PO Box 981027
Boston MA 02298-1027


Cox Communications
9 Jp Murphy Hwy
West Warwick RI 02893


Craft Beer
20 Avery Road
Cranston RI 02910

CWS Gases
Cranston Welding Supply Co
1425 Park Avenue
Cranston RI 02910


Direct TV
PO Box 5006
Carol Stream IL 60197


Dubuisso'N Landscaping (Buff)
PO Box 335509
Providence RI 02909


Dubuisso'N Landscaping (Jeff)
PO Box 335509
Providence RI 02909


Eclolab
PO Box 32027
New York NY 10087


Ecolab
PO Box 32027
New York NY 10087


Empty Kegs
1150 Greenwich Ave
Warwick RI 02886


Espresso Express
415 Western Ave
Brighton MA 02135


Falvey Linen Supply
50 Burnham Avenue
Cranston RI 02910


General Kitchen Services
PO Box 3859
Pawtucket RI 02861


Goulin Trucking Co
PO Box 9074
Warwick RI 02889

Hogan Brothers
82 Herbert Street
Framingham MA 01702


Horizon Beverage Company
121 Hopkins Hill Road
West Greenwich RI 02817


James Sullivan
109 Vineyard Road
Warwick, RI 02889

JMR
106 Finnell Dr #13
Weymouth MA 02188


John Doherty
342 East Avenue
Pawtucket, RI 02860

Liberty Mutual Insurance
PO Box 2051
Keene NH 03431


McLaughlin & Moran
PO Box 20217
Cranston RI 02920


MS Walker
16 Commercial Way
Warren RI 02885


National Grid
Attn: Legal Department
PO Box 11739
Newark NJ 07101-4739


National Resource Mangement
480 Neponset St Bldg 2
Canton MA 02021


Olga's Cup - Saucer
103 Point St
Providence RI 02903

Omni Pro
PO Box 8022
Cranston RI 02920


Paul Anderson Drain Cleaning
58 Lufkin Court
Warwick RI 02888


Performance PFG
P.O. Box 3024
Springfield MA 01101


Perkins
630 John Hancock Rd
Taunton MA 02780


Providence Beverage
PO Box 1437
Coventry RI 02816


Rhode Island Division Of Taxat
Attn: Bankruptcy Unit
One Capitol Hill
Providence RI 02908


RI Analytical
410 Illinois Ave
Warwick RI 02888


Saleeba's Refrigeration
195 Anthony Street
Seekonk MA 02771


Sir Speedy
969 Park Ave
Cranston RI 02910


Springdale Enterprises
110 Post Road
Darien CT 06820


St. Angelo Construction
56 West Street
West Warwick RI 02893

Tapped Restaurant Consultants
PO Box 999
North Kingstown RI 02852


The Hartford
P.O. Box 660916
Dallas TX 75266-0916


WB Mason
59 Centre St
Brockton MA 02301-4014


William Kenney
4005 New Hudson Road
Orwell, OH 44076

Xerox
PO Box 202882
Dallas TX 75320


Yellow Pages
11350 Random Hills Rd Ste 800
Fairfax VA 22030-6044

Rhode Island Department of Labor and Training
1511 Pontiac Avenue
Cranston, RI 02920